United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Grandote Investments TN LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **87-4359725** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**1515 Ashwood Avenue**<br>**Nashville, TN 37212**<br>Number, Street, City, State & ZIP Code<br><br>**Davidson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | **Grandote Investments TN LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **McClain Investments TN LLC** | Relationship | **Member** |
|---|---|---|---|
| District | **Middle District of Tennessee** When **9/29/22** | Case number, if known | **3:22-bk-03142** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Grandote Investments TN LLC**                                       Case number (*if known*)
         Name

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Grandote Investments TN LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 23, 2023**
  MM / DD / YYYY

**X /s/ Brian Layton**                                            **Brian Layton**
Signature of authorized representative of debtor         Printed name

Title  **Member**

**18. Signature of attorney**

**X /s/ R. Alex Payne**                                           Date **March 23, 2023**
Signature of attorney for debtor                                       MM / DD / YYYY

**R. Alex Payne**
Printed name

**Dunham Hildebrand, PLLC**
Firm name

**2416 21st Ave. S. Suite 303**
**Nashville, TN 37212**
Number, Street, City, State & ZIP Code

Contact phone **629 777 6529**      Email address **alex@dhnashville.com**

**031387 TN**
Bar number and State

Case 3:23-bk-01052   Doc 1   Filed 03/23/23   Entered 03/23/23 09:43:16   Desc Main
Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy
                                       Document      Page 5 of 10                                page 5

Fill in this information to identify the case:
Debtor name    **Grandote Investments TN LLC**
United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF TENNESSEE**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Chris Salvado** 110 Cheek Road Nashville, TN 37205 | | Promissory note (Beechwood, Oakland) | | | | $50,000.00 |
| **Dale Inc.** 101 Hailey Drive Nashville, TN 37204 | | Labor and materials (Linden) | | | | $36,804.88 |
| **Joseph Wladyka** 7 Club Circle Monmouth Beach, NJ 07750 | | Promissory note (Beechwood) | | | | $350,000.00 |
| **Kenneth Shaw, Jr.** 32A Beach Road Monmouth Beach, NJ 07750 | | Promissory note (Beechwood) | | | | $250,000.00 |
| **Louis Britt** 6380 Massey Manor Cove Memphis, TN 38120 | | Promissory note (Mountainview) | | | | $300,000.00 |
| **Midway Supply Company, Inc.** 119 Cumberland Street Ashland City, TN 37015 | | Deed of Trust | | Unknown | $0.00 | Unknown |
| **The Cleanup Company, LLC** 5001 Briarwood Drive Nashville, TN 37211 | | Labor (Linden) | | | | $3,350.89 |

GRANDOTE INVESTMENTS TN LLC
1515 ASHWOOD AVENUE
NASHVILLE TN 37212

R. ALEX PAYNE
DUNHAM HILDEBRAND, PLLC
2416 21ST AVE. S. SUITE 303
NASHVILLE, TN 37212

A&D SUPPLY OF NASHVILLE, LLC
C/O CRIS CRAFT
809 SOUTH AGNEW, SUITE G
OKLAHOMA CITY OK 73108

BELL, MCCANN & MCINTEER, PLC
4108 HILLSBORO PIKE
SUITE 202
BRENTWOOD TN 37027

BRITT DEVELOPMENT GROUP
618 HAMILTON AVENUE
NASHVILLE TN 37203

BSI FINANCIAL SERVICES
314 FRAKNLIN STREET, 2ND FLOOR
PO BOX 517
TITUSVILLE PA 16354

CHRIS SALVADO
110 CHEEK ROAD
NASHVILLE TN 37205

CONFLUENCE INVESTMENTS TN, LLC
618 HAMILTON AVENUE
NASHVILLE TN 37203

DALE INC.
101 HAILEY DRIVE
NASHVILLE TN 37204

DAVIDSON COUNTY TRUSTEE
PO BOX 196358
NASHVILLE TN 37219

EF MORTGAGE, LLC
53 FOREST AVENUE
OLD GREENWICH CT 06870

FCI LENDER SERVICES, INC.
PO BOX 27370
ANAHEIM CA 92809

```
FTF LENDING, LLC
1300 EAST 9TH STREET
SUITE 800
CLEVELAND OH 44114

FUND THAT FLIP, INC
10 EAST 23RD STREET
SUITE 500
NEW YORK NY 10010

HOLLAND & KNIGHT
ATTN: JOE WATSON
511 UNION STREET, SUITE 2700
NASHVILLE TN 37219

JOSEPH WLADYKA
7 CLUB CIRCLE
MONMOUTH BEACH NJ 07750

KENNETH SHAW, JR.
32A BEACH ROAD
MONMOUTH BEACH NJ 07750

LAYTON HOMES 2 INVESTMENTS, LLC
618 HAMILTON AVENUE
NASHVILLE TN 37203

LAYTON HOMES 2 TN, LLC
618 HAMILTON AVENUE
NASHVILLE TN 37203

LAYTON HOMES 2, LLC
618 HAMILTON AVENUE
NASHVILLE TN 37203

LH2 INVESTMENTS, LLC
618 HAMILTON AVENUE
NASHVILLE TN 37203

LOUIS BRITT
6380 MASSEY MANOR COVE
MEMPHIS TN 38120

MARTHA MONTIEL-LEWIS
3990 HILLSBORO PIKE
SUITE 320
NASHVILLE TN 37215

MIDWAY SUPPLY COMPANY, INC.
119 CUMBERLAND STREET
ASHLAND CITY TN 37015

PXK INVESTMENTS, LLC
618 HAMILTON AVENUE
NASHVILLE TN 37203
```

RUBIN LUBLIN TN, PLLC
1661 INTERNATIONAL DRIVE
SUITE 400
MEMPHIS TN 38120

SALUDA GRADE MORTGAGE FUNDING LLC
270 MADISON AVENUE
SUITE 702
NEW YORK NY 10016

SMITH CASHION & ORR, PLC
ATTN: GREGORY CASHION
3100 WEST END AVENUE, SUITE 800
NASHVILLE TN 37203

THE CLEANUP COMPANY, LLC
5001 BRIARWOOD DRIVE
NASHVILLE TN 37211

TOP TIER POOLS, LLC
120 GLIDER LOOP
EAGLEVILLE TN 37060

WHITSON LOWE
2110 HAMPTON AVENUE
NASHVILLE TN 37215

WILMINGTON SAVINGS FUND SOCIETY, FSB
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON DE 19801

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Grandote Investments TN LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Grandote Investments TN LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 23, 2023** | **/s/ R. Alex Payne** |
| Date | **R. Alex Payne** |
| | Signature of Attorney or Litigant |
| | Counsel for **Grandote Investments TN LLC** |
| | **Dunham Hildebrand, PLLC** |
| | **2416 21st Ave. S. Suite 303** |
| | **Nashville, TN 37212** |
| | **629 777 6529 Fax:615 777 3765** |
| | **alex@dhnashville.com** |